Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice forthcoming*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Jonah A. Grossbardt (State Bar No. 283584)
SRIPLAW
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
Tel: (323) 364-6565
jonah.grossbardt@sriplaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *After II Movie LLC., et al., v. Grande Communications Networks LLC*, No. 1:21-cv-709 (W.D.TX)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80173<br>Hearing Date: TBD<br>Time: TBD<br>**PLAINTIFFS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**PLAINTIFFS' MOTION TO COMPEL NON-PARTY REDDIT
TO RESPOND TO SUBPOENA**

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, DALLAS BUYERS CLUB, LLC; HANNIBAL MEDIA,

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

INC.; BADHOUSE STUDIOS, LLC; THE GUARD PRODUCTIONS, LTD; JOLT PRODUCTIONS, INC.; TIL PRODUCTIONS, INC.; and SCREEN MEDIA VENTURES, LLC ("Plaintiffs"), by and through their counsel, move this Court to grant an order: compelling non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena.  This Motion is pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.  Plaintiffs' counsel Kerry Culpepper certifies that he met and conferred with counsel for Reddit in a good faith effort to resolve this dispute pursuant to Civ L.R. 37-1(a).

## MEMORANDUM

### I.     BRIEF RELEVANT FACTUAL AND PROCEDURAL HISTORY

1.     On Aug. 13, 2021, Plaintiffs filed a Complaint against Defendant GRANDE COMMUNICATIONS NETWORKS, LLC ("Defendant") in the Western District of Texas alleging *inter alia* that Defendant is secondarily liable for Defendant's subscribers' infringements of copyrights in Plaintiffs' motion pictures ("Works").  The case caption is *After II Movie LLC., et al., v. Grande Communications Networks LLC*, No. 1:21-cv-709 (W.D.Tx) ("*After II*").

2.     On Feb. 18, 2022, counsels for Plaintiffs and Defendant submitted their report for the Rule 26(f) conference they conducted on Feb. 17, 2022. *After II*, Doc. #27.  Accordingly, discovery opened on Feb. 18, 2022.  *See* Decl. of Culpepper at ¶8.

3.     On May 18, 2022, Plaintiffs filed a Second Amended Complaint ("SAC") which is the operative pleading. *After II*, Doc. #45. The SAC alleges that Defendant's subscribers pirated Plaintiffs' Works thousands of times by sharing illegitimate file copies of the Works with CMI modified to refer to notorious movie piracy websites in violation of Plaintiffs' copyrights and their right to integrity of CMI in digital copies of Plaintiffs' Works ("DMCA violations").  The SAC further alleges that Plaintiffs' agents as well as agents of other copyright holders sent Defendant thousands of notices informing of its subscribers' ongoing piracy but Defendant took no meaningful

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

action in response. The SAC asserts counts of secondary liability for Defendant's subscribers' copyright infringements and DMCA violations. *See* Decl. of Culpepper at ¶9.

4. On Jun. 1, 2022, Defendant filed a motion to dismiss the SAC.

5. On Oct. 6, 2022, the Court issued an Order authorizing Defendant to disclose identities of subscribers assigned 125 Internet Protocol ("IP") addresses subject to the confidentiality provisions of the protective order pursuant to the Cable Act. *See After II*, Docs. ##33 (Protective Order) and 53 (Cable Act Order).

6. On Oct. 7, 2022, Plaintiffs served a Second Request for Production of Documents ("2RPOD") on Defendant requesting identification information for the subscribers assigned the top 125 pirating IP addresses (out of thousands). *See* Decl. of Culpepper at ¶11.

7. On Nov. 11, 2022, Plaintiffs served a Fourth Request for Production of Documents ("4RPOD") on Defendant requesting *inter alia*: RFP #29 requesting "Each document that mentions, refers to, or constitutes any report, analysis, commentary, or summary regarding copyright infringement at Grande user accounts"; RFP #38 requesting "Each document that mentions or relates to how suspension or termination of user accounts related to copyright infringement, or any other actions or efforts Grande may take to prevent copyright infringement, may lead to the loss of current Grande customers"; and RFP #39 requesting "Each document that mentions or relates to how Grande's policy or practices on copyright infringement at user accounts may relate to Grande's ability to attract potential customers or retain current customers.". *See* Decl. of Culpepper at ¶12.

8. On Jan. 31, 2023, Magistrate Judge Howell issued a Report and Recommendation [Doc. #74] ("R&R") recommending that Defendant's motion to dismiss the counts for secondarily liable for Defendant's subscribers' copyright infringements and DMCA violations be denied. *See After II*, 2023 U.S. Dist. LEXIS 15772 (W.D. Tex. Jan. 31, 2023). The District Court issued an Order [Doc. #91] adopting the R&R over Defendant's objections on March 28, 2023. *See After II*, 2023 U.S.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

Dist. LEXIS 52462 (W.D. Tex. Mar. 28, 2023).

9.  On April 11, 2023, Defendant filed its Answer [Doc. #96] to the SAC denying *inter alia* that its subscribers are motivated to use its service for pirating content efficiently (¶33) and that it knew its subscribers were using its service to pirate copyright protected content (¶36). *See After II*, Doc. #96.

10. On April 24, 2023, Plaintiffs served a subpoena to Reddit requesting "Basic account information including IP address registration and logs from 1/1/2016 to present, name, email address and other account registration information for users: "robowiener"; "SquirtyBottoms"; "Aikidi"; "kelsoATX"; "xBROKEx"; and "Schadenfreude_Taco". *See* Ex. "1". The subpoena was noticed to Defendant prior to service.

11. On May 8, 2023, Reddit's counsel served objections to the subpoena on Plaintiffs' counsel. *See* Ex. "2".

12. On May 9, 2023, Plaintiffs' counsel and Reddit's counsels met and conferred by video conference and thereafter by emails but were unable to resolve any of Reddit's objections. *See* Decl. of Culpepper at ¶15.

13. On May 26, 2023, Plaintiffs received identification information from Defendant for 118 of the 125 IP addresses. *See id.* at ¶16.

14. On June 16, 2023, the Court entered an Amended Scheduling Order [Doc. #111] that sets a deadline for Plaintiffs to serve their expert reports of Aug. 7, 2023, a discovery cut-off of Nov. 3, 2023 and a trial date of April 15, 2024. *See After II*, Doc. #111.

15. On June 16, 2023, Plaintiffs received substantive documents from Defendant in response to discovery requests such as 4RPOD. Plaintiffs have not received any marketing studies from Defendant discussing its subscribers' motivation to use its service for piracy. *See* Decl. of Culpepper at ¶18.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

16. Further, Plaintiffs have sent letters to most of the subscribers of the 118 IP addresses but have had limited success establishing dialogue with most of them due to time constraints and refusals to respond to Plaintiffs' counsel's communications. It is unlikely that Plaintiffs will get substantive response from the subscribers in time to include this information in the expert reports. *See id.* at ¶19.

17. Reddit and Plaintiffs' counsels agreed that this dispute should be filed in the Northern District of California.

## II.   LEGAL STANDARD

18. Fed. R. Civ. P. 26(b)(1) states "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case…Information within this scope of discovery need not be admissible in evidence to be discoverable."

19. Fed. R. Civ. P. 34(c) states "As provided in Rule 45, a nonparty may be compelled to produce documents…"

20. Fed. R. Civ. P. 45(a)(1)(D) provides for a party to serve subpoenas to produce documents on nonparties. Fed. R. Civ. P. 45(d)(2)(i) provides that "At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."

21. On a motion to compel compliance with a Rule 45 subpoena, the Local Rules require a party to "detail the basis for the party's contention that it is entitled to the requested discovery and show how the proportionality and other requirements of Fed. R. Civ. P. 26(b)(2) are satisfied." N.D. Cal. Civ. L.R. 37-2. The court has discretion to determine whether to grant a motion to compel. *See Garrett v. City & Cnty. of San Francisco*, 818 F.2d 1515, 1519 (9th Cir. 1987).

22. In "evaluating the First Amendment rights of anonymous Internet users in the context of a

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

5

third-party civil subpoena," district courts have followed the approach taken in *Doe v. 2TheMart.com*, 140 F. Supp. 2d 1088 (W.D. Wash. 2001). *In re Reddit, Inc.*, No. 3:23-mc-80037-LB, 2023 U.S. Dist. LEXIS 74338 (N.D. Cal. Apr. 28, 2023) (*"Reddit I"*).

## III.  ARGUMENT

### A. The discovery requested is relevant and proportional to the needs of the case.

23.  The evidence Plaintiff requests from Reddit in the Rule 45 subpoena is clearly relevant and proportional to the needs of the case. The Reddit user comments can be placed within two categories of relevant evidence: (i) Comments that establish that Defendant has not reasonably implemented a policy for terminating repeat infringers sufficient for a safe harbor affirmative defense as required by 17 U.S.C. §512; and (ii) Comments that establish that the ability to freely pirate without consequence was a draw to becoming a subscriber of Defendant and/or subscribers are motivated to use its service for pirating content efficiently.

24.  In a 2018 Reddit discussion thread about a news article "Texas ISP slams music biz for trying to turn it into a 'copyright cop'" [https://www.reddit.com/r/Austin/comments/99azto/texas_isp_grande_communications_slams_music_biz/ last accessed on 6/17/2023] discussing a similar copyright infringement lawsuit asserted against Defendant by music copyright holders, "roboweiner" states "I have Grande and torrent a lot. Always thought it was a pretty cool of them to not snitch". Ex. "1" at p.4.  roboweiner's statement fits into category (i) and (ii) because it supports Plaintiffs' assertion in the SAC that the ability to pirate copyrighted content without any consequences is a draw for becoming a subscriber and that Defendant does not have an effective policy for terminating repeat infringers. Likewise for "SquirtyBottoms" who makes a comment emphasizing how much he/she wishes she/he could return to Grande because Spectrum (in comparison to Grande) turned his/her connection off in response to Notices. *See id.*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

25. In a 2011 Reddit discussion thread entitled "Anyone use Grande Communications instead of Time Warner?" [https://www.reddit.com/r/Austin/comments/hxrw1/anyone_use_grande_communications_instead_of_time/ last accessed on 6/17/2023], Reddit commentators "Aikidi"; "kelsoATX"; "xBROKEx; and "Schadenfreude_Taco" make comments emphatically stating that they prefer Defendant because they can use Defendant's service to pirate copyright protected content without any consequences. "Schadenfreude_Taco" admits to having "downloaded about 1tb…from torrents and uploaded just under 2tb…". Aikido states that "I have torrented like a motherf*cker all over grande and never seen anything." All these comments fit into categories (i) and (ii) because they support Plaintiffs' assertion in the SAC that the ability to pirate content efficiently without any consequences is a draw for becoming a subscriber and that Defendant does not have an effective policy for terminating repeat infringers.

26. Moreover, xBROKEx even admits to pirating the movie *Expendables* owned by an affiliate of Plaintiff Millennium Funding, Inc. *See* Decl. of Culpepper at ¶6. In addition to categories i and ii, xBROKEx's comment is further relevant to establishing direct infringement of another one of the Plaintiffs' Works. Plaintiffs do not have any other reasonable way to prove that Defendant's subscriber pirated *Expendables* because the data provider that provided the evidence did not track this film.

***B. The statute of limitations is irrelevant to the issue of whether the comments are relevant evidence.***

27. Reddit's third objection is that the requested time frame starting at 2016 concerning comments made more than 3 years from the filing date of the underlying action are not directly and materially relevant to Plaintiffs' claims. *See* Ex. "3". However, the Fifth Circuit recently reaffirmed the validity of the discovery rule wherein the limitation period only starts to run once the

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

7

Plaintiff "knows or has reason to know of the injury upon which the claim is based." *Martinelli v. Hearst Newspapers*, LLC, 65 F.4th 231, 233 (5th Cir. 2023) (quoting *Graper v. Mid-Continent Casualty Co.*, 756 F.3d 388, 393 (5th Cir. 2014)). Plaintiffs assert claims based upon piracy that begins in 2015. Further, Plaintiffs' counsel just discovered xBROKEx's comment admitting to pirating the movie *Expendable* recently before serving the subpoena on Reddit. *See* Decl. of Culpepper at ¶¶22-23.

28. Moreover, even for comments made more than 3 years from the filing date of the underlying action, Plaintiffs can use the information requested in the subpoena to contact the commentators and authenticate her/his post to obtain admissible evidence. Further, Rule 26(b)(1) provides that "Information within this scope of discovery need not be admissible in evidence to be discoverable." Finally, in similar ISP lawsuits, Courts have found that information on how an ISP handled DMCA notices even *prior* to the applicable three year period is relevant. *See UMG Recordings, Inc. v. Grande Communs. Networks*, LLC, 2018 U.S. Dist. LEXIS 164761, at *9 (W.D. Tex. Sep. 26, 2018) ("[i]nformation on how Grande handled DMCA issues prior to 2013 could be relevant to demonstrating Grande's knowledge of its obligations under the statute, and could be circumstantial evidence that Grande was aware of infringing conduct on its system, and actually had taken action on it before the time frame at issue here.").

**C. The information Plaintiffs request from Reddit does not implicate the First Amendment Right to Anonymous Speech.**

29. Reddit asserts that the information Plaintiffs request is not permissible under the First Amendment. This Court's decision of *In re Reddit, Inc.*, No. 3:23-mc-80037-LB, 2023 U.S. Dist. LEXIS 74338 (N.D. Cal. Apr. 28, 2023) (*"Reddit I"*) applying the *2TheMart.com* test to a similar subpoena where some of the same Plaintiffs sought similar discovery from Reddit concerning a different ISP Defendant (RCN) is highly instructive on the First Amendment issue.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

8

### i. The <u>2TheMart.com</u> test does not apply to xBROKEx's comment.

30. Firstly, in *Reddit I* the Court noted that the applicable standard when the target of the subpoena was accused of copyright infringement is *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 876 (N.D. Cal. 2022) that recognizes that copyright law includes built in First Amendment accommodations. *See Reddit I*, 2023 U.S. Dist. LEXIS 74338, at *6 (N.D. Cal. Apr. 28, 2023). Such is the case here with respect to xBROKEx who admits to pirating the movie *Expendables* owned by affiliate of Plaintiff Millennium Funding, Inc. Applying the *Twitter* standard, the Court should compel Reddit to provide the identification information for xBROKEx since he directly infringed the Work *Expendables*.

### ii. The comments are directly and materially relevant to the core claims or defenses.

31. In *Reddit I* the Court concluded that the Plaintiffs had failed to show that the comments at issue were directly and materially relevant to the core claims or defenses because the comments mentioned Comcast and not RCN (the ISP at issue). *See id.* at *8-9. In comparison, here there is no question that the comments are referring to Defendant as they directly mention Defendant's name and are comments to a thread discussing Defendant. *See* Ex. "1" at pp. 6-7.

### iii. The information Plaintiffs seek is not available from another source before the discovery cut-off.

32. In *Reddit I* the Court concluded that Plaintiffs had failed to show that the information sought was not available from another source such as from Defendant. *See id.* at *9. In comparison to *Reddit I* where the Plaintiff sought discovery from Reddit on the beginning of discovery, here Plaintiffs have already propounded nearly a hundred RFPs on Defendant and have not received information from Defendant concerning their subscribers choosing its service for the ability to pirate without consequence. *See* Decl. of Culpepper at ¶¶12, 17-18.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

9

*iv. The comments here are more relevant than the comment of ChikaraFan that the Reddit I Court found to be "the closest call."*

33. In *Reddit I* the Court noted that a comment from a user ChikaraFan stating "Seems extremely rare if ever. RCN seems fairly lax...no data caps. I looked up before I switched and had little trouble" in response to a question about whether RCN sends notices to customers was "the closest call." *Id.* at p. 10. However, the Court declined to compel Reddit to disclose ChikaraFan's identity since information on data caps was available from other sources such as the Defendant. Here, all the comments at issue directly refer to Defendant just like the closest call comment of ChikaraFan but explicitly refer to using Defendant's service for piracy. Moreover, Plaintiffs have already received substantive discovery from Defendant and Defendant's subscribers but have not received information from Defendant concerning its subscribers choosing its service for the ability to pirate without consequence. *See* Decl. of Culpepper at ¶19. Accordingly, the information Plaintiffs seek here satisfies the *2TheMart.com* test as discussed in *Reddit I*.

**D. There is no burden on Reddit to disclose the requested information.**

34. The only burden Reddit complains of is that it "…should not be subjected to the burden of searching for and producing such documents or information unless and until all reasonable means of obtaining that information directly from such other sources have been exhausted." Ex. "2". However, as discussed above, Plaintiffs have exhausted all reasonable means of obtaining that information directly from such other sources. Discovery has been open for over a year but Plaintiffs have been unable to obtain the information they seek from Defendant.

**IV.   CONCLUSION**

35. Accordingly, Plaintiffs pray that this Court grant its motion to compel Reddit to fully respond to the subpoena and for such other and further relief to which they may be justly entitled to receive.

DATED:   June 20, 2023.                           Respectfully submitted,

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Jonah Grossbardt*
SRIPLAW

And

CULPEPPER IP, LLLC

_____
Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

*pro hac vice forthcoming*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

11