UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *After II Movie LLC., et al., v. Grande Communications Networks LLC*, No. 1:21-cv-709 (W.D.TX)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No. 3:23-mc-80173<br>**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**[proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA**

Before the Court is the Motion of Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, DALLAS BUYERS CLUB, LLC; HANNIBAL MEDIA, INC.; BADHOUSE STUDIOS, LLC; THE GUARD PRODUCTIONS, LTD; JOLT PRODUCTIONS, INC.; TIL PRODUCTIONS, INC.; and SCREEN MEDIA VENTURES, LLC ("Plaintiffs") to compel non-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.  For GOOD CAUSE shown in Plaintiffs' memorandum in support of their Motion, Plaintiffs' Motion is hereby GRANTED.  Reddit shall file a response to the subpoena within 5 business days disclosing all the requested information for the users without any objections. Failure to comply with this Order may result in a finding of contempt of Court against Reddit, pursuant to Fed. R. Civ. P. 45(g).

Entered and dated at _____, California, this ____ day of _____, 2023.

BY THE COURT: