1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

4  In re Subpoena to Reddit, Inc. ,  Case No. 3:23-mc-80173
5  Plaintiff(s),
6  v.  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  ,  (CIVIL LOCAL RULE 11-3)
8  Defendant(s).

10  I, Kerry S. Culpepper, an active member in good standing of the bar of
11  Virginia, Hawaii and D.C., hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: (See Continuation Sheet) in the
13  above-entitled action. My local co-counsel in this case is Jonah A. Grossbardt, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 283584.

16  75-170 Hualalai Road, Suite B204  8730 Wilshire Boulevard, Ste 350 Beverly
17  Kailua-Kona, HI 96740  Hills, California 90211
    MY ADDRESS OF RECORD  LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18  8084644047  (323) 364-6565
    MY TELEPHONE # OF RECORD  LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20  kculpepper@culpepperip.com  jonah.grossbardt@sriplaw.com
    MY EMAIL ADDRESS OF RECORD  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 45292.
24  A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26  I have been granted pro hac vice admission by the Court 1 times in the 12 months
27  preceding this application.
28

*United States District Court*
*Northern District of California*

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/20/2023

Kerry S. Culpepper
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kerry S. Culpepper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 21, 2023



UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE