Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Jonah A. Grossbardt (State Bar No. 283584)
SRIPLAW
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
Tel: (323) 364-6565
jonah.grossbardt@sriplaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *After II Movie LLC., et al., v. Grande Communications Networks LLC*, No. 1:21-cv-709 (W.D.TX)

| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80173-LB<br>Hearing Date: TBD<br>Time: TBD<br>**CERTIFICATE OF SERVICE** |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that by the methods of service noted below, a true and correct copy of **PLAINTIFFS' MOTION TO COMPEL NON-PARTY REDDIT TO RESPOND TO SUBPOENA** [Doc. #1] was served to the following at their last known address:

<u>June 20, 2023 Via First Class Mail</u>
Hayden Schottlaender, Counsel for Reddit
500 N. Akard Street Suite 3300
Dallas, TX 75201

June 20, 2023 via email to: HSchottlaender@perkinscoie.com

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

DATED: Kailua Kona, Hawaii, June 21, 2023.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2