Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Jonah A. Grossbardt (State Bar No. 283584)
SRIPLAW
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
Tel: (323) 364-6565
jonah.grossbardt@sriplaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *After II Movie LLC., et al., v. Grande Communications Networks LLC*, No. 1:21-cv-709 (W.D.TX)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80173-LB<br>Hearing Date: July 27, 2023<br>Time: 9:30 AM<br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY <u>REDDIT TO RESPOND TO SUBPOENA</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **July 27, 2023, at 9:30 a.m.**, the undersigned will appear before the Honorable Magistrate Judge Laurel Beeler of the United States District Court for the Northern District of California, and argue in favor of the Motion [Doc. #1] of Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC.,

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, DALLAS BUYERS CLUB, LLC; HANNIBAL MEDIA, INC.; BADHOUSE STUDIOS, LLC; THE GUARD PRODUCTIONS, LTD; JOLT PRODUCTIONS, INC.; TIL PRODUCTIONS, INC.; and SCREEN MEDIA VENTURES, LLC ("Plaintiffs") for an order compelling third-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.  <u>The hearing will take place via zoom</u>.

DATED:       Kailua-Kona, Hawaii, June 21, 2023.

Respectfully submitted,

**CULPEPPER IP, LLLC**

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper, *pro hac vice*
*Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that by the methods of service noted below, a true and correct copy of the foregoing was served to the following at their last known address:

<u>June 21, 2023 Via First Class Mail</u>
Hayden Schottlaender, Counsel for Reddit
500 N. Akard Street Suite 3300
Dallas, TX 75201

June 21, 2023 via email to: HSchottlaender@perkinscoie.com

DATED:     Kailua Kona, Hawaii,          June 21, 2023.

                                              Respectfully submitted,

                                              **CULPEPPER IP, LLLC**

                                              */s/ Kerry S. Culpepper*
                                              Kerry S. Culpepper
                                              *Attorney for Plaintiffs*
                                              Admitted *Pro Hac Vice*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3