Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Jonah A. Grossbardt (State Bar No. 283584)
SRIPLAW
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
Tel: (323) 364-6565
jonah.grossbardt@sriplaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *After II Movie LLC., et al., v. Grande Communications Networks LLC*, No. 1:21-cv-709 (W.D.TX)

| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80173-LB<br>Hearing Date: July 27, 2023<br>Time: 9:30 AM<br>**CORPORATE DISCLOSURE STATEMENT** |
|---|---|

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS**

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, WONDER ONE, LLC, DALLAS BUYERS CLUB, LLC; HANNIBAL MEDIA, INC.; BADHOUSE STUDIOS, LLC; THE GUARD PRODUCTIONS, LTD; JOLT

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

PRODUCTIONS, INC.; TIL PRODUCTIONS, INC.; and SCREEN MEDIA VENTURES, LLC ("Plaintiffs"), by and through their counsel, by and through their counsel, pursuant to Fed. R. Civ. P. 7.1, hereby submits their Corporate Disclosure Statement and Certificate of Interested Entities and Persons pursuant to Local Rule 3-15.

Publicly held entity Chicken Soup for the Soul Entertainment, Inc. owns more than 10% of Plaintiff SCREEN MEDIA VENTURES, LLC. No publicly held corporation owns more than 10% of the stock of any of the other Plaintiffs.

Plaintiff THE GUARD PRODUCTIONS, LTD is owned by PSI Productions Ltd which is owned by Plaintiff MILLENNIUM FUNDING, INC.

Plaintiffs JOLT PRODUCTIONS, INC., TIL PRODUCTIONS, INC, LHF PRODUCTIONS, INC. and BODYGUARD PRODUCTIONS, INC. are owned by MILLENNIUM FUNDING, INC.

Plaintiffs OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC. and RAMBO V PRODUCTIONS, INC., are owned by MILLENNIUM IP, INC.

In accordance with Local Rule 3-15, the undersigned, counsel of record for Plaintiffs certifies that in addition to the above, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: None.

DATED:     Kailua Kona, Hawaii,     June 21, 2023.

Respectfully submitted,

**CULPEPPER IP, LLLC**

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

1

2  /s/ *Kerry S. Culpepper*
   Kerry S. Culpepper
3  *Attorney for Plaintiffs*
   Admitted *Pro Hac Vice*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3