1   Julie E. Schwartz, CA Bar No. 260624
    JSchwartz@perkinscoie.com
2   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
3   Seattle, Washington 98101-3099
    Telephone:   +1.206.359.8000
4   Facsimile:   +1.206.359.9000

5   Hayden M. Schottlaender, TX Bar No. 24098391
    *Pro Hac Vice* Application Pending
6   HSchottlaender@perkinscoie.com
    PERKINS COIE LLP
7   500 N. Akard Street, Suite 3300
    Dallas, Texas 75201
8   Telephone:   +1.214.965.7700
    Facsimile:   +1.214.965.7799
9
    Attorneys for Reddit, Inc.
10

11
                            **UNITED STATES DISTRICT COURT**
12
                           **NORTHERN DISTRICT OF CALIFORNIA**
13
                                **SAN FRANCISCO DIVISION**
14

15

16
    | In re Subpoena to: | Case No. 3:23-mc-80173 |
17  |---|---|
    | Reddit, Inc. | NOTICE OF APPEARANCE OF JULIE E. SCHWARTZ |
18  | | |
19  | | Judge:   Hon. Laurel Beeler |
    | | |
20

21

22

23

24

25

26

27

28

-1-

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

2  PLEASE TAKE NOTICE that Julie E. Schwartz of the law firm Perkins Coie LLP hereby enters her appearance as counsel of record for Reddit, Inc. in the above-captioned matter. Contact information for Julie E. Schwartz is as follows:

> Julie E. Schwartz
> JSchwartz@perkinscoie.com
> **PERKINS COIE LLP**
> 1201 Third Avenue, Suite 4900
> Seattle, Washington 98101-3099
> Telephone:  +1.206.359.8000
> Facsimile:   +1.206.359.9000

Ms. Schwartz is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Dated: July 5, 2023                              **PERKINS COIE LLP**

                                                 By: */s/ Julie E. Schwartz*
                                                     Julie E. Schwartz, CA Bar No. 260624