Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Pro Hac Vice Application Pending*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

Attorneys for Reddit, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**Originating Case:** *After II Movie LLC., et al. v. Grande Communications Networks LLC, No. 1:21-cv-00709 (W.D. Tex.)*

| | |
|---|---|
| In re Subpoena to:<br>Reddit, Inc. | **CASE NO. 3:23-mc-80173**<br><br>**REDDIT, INC.'S CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Fed. R. Civ. P. 7.1, Reddit, Inc. hereby discloses that it has no
2  parent corporation and no publicly traded company owns 10% or more of its stock.
3
4  Dated: July 5, 2023                              **PERKINS COIE LLP**
5
6                                                   */s/ Julie E. Schwartz*
                                                    Julie E. Schwartz
7                                                   Hayden M. Schottlaender*
8                                                   *Application pro hac vice pending*
9                                                   ATTORNEYS FOR REDDIT, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28