Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:   +1.206.359.8000
Facsimile:   +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Pro Hac Vice Application Pending*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:   +1.214.965.7700
Facsimile:   +1.214.965.7799

Attorneys for Reddit, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

**Originating Case:** *After II Movie LLC., et al. v. Grande Communications Networks LLC, No. 1:21-cv-00709 (W.D. Tex.)*

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | **CASE NO. 3:23-mc-80173**<br><br>**REDDIT, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the only persons or entities with an interest in this dispute (other than the named parties) are the pseudonymous individuals targeted by the subpoena at issue. The nature of their interest is described in Reddit's brief regarding that subpoena.

Dated: July 5, 2023                              **PERKINS COIE LLP**

*/s/Julie E. Schwartz*
Julie E. Schwartz
Hayden M. Schottlaender*

*Application pro hac vice pending*

ATTORNEYS FOR REDDIT, INC.