Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  +1.206.359.8000
Facsimile:   +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Pro Hac Vice Application Pending*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone:  +1.214.965.7700
Facsimile:   +1.214.965.7799

Attorneys for Reddit, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

**Originating Case:** *After II Movie LLC., et al. v. Grande Communications Networks LLC, No. 1:21-cv-00709 (W.D. Tex.)*

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | **CASE NO. 3:23-mc-80173**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL**<br><br>Date: July 27, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. Laurel Beeler |

1   Plaintiffs have filed a Motion to Compel Third-Party Reddit to Respond to
2   Subpoena (the "Motion"). Doc. 1. Reddit opposes that Motion. Having considered the
3   Motion, Reddit's Opposition, and all associated briefing, argument, documents, and
4   evidence on the record at the time of this Order, Plaintiffs' Motion is hereby
5   **DENIED** as Plaintiffs have failed to satisfy the relevant First Amendment
6   standards, as identified in *In re Reddit, Inc.*, – F. Supp. 3d –, 2023 WL 3163455
7   (N.D. Cal. Apr. 28, 2023) (Beeler, M.J.).

**IT IS SO ORDERED**.

DATED: _____, 2023.

_____
The Honorable Laurel Beeler
United States Magistrate Judge