1  Julie E. Schwartz, CA Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
3  Seattle, Washington 98101-3099
   Telephone: +1.206.359.8000
4  Facsimile: +1.206.359.9000

5
   Hayden M. Schottlaender, TX Bar No. 24098391
6  *Pro Hac Vice Application Pending*
   HSchottlaender@perkinscoie.com
7  PERKINS COIE LLP
   500 N. Akard Street, Suite 3300
8  Dallas, Texas 75201
   Telephone: +1.214.965.7700
9  Facsimile: +1.214.965.7799

10
   Attorneys for Reddit, Inc.
11

12                   **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14                        **SAN FRANCISCO DIVISION**

15
   **Originating Case:** *After II Movie LLC., et al. v. Grande Communications*
16                        *Networks LLC, No. 1:21-cv-00709 (W.D. Tex.)*

17

| In re Subpoena to: | **CASE NO. 3:23-mc-80173** |
|---|---|
| Reddit, Inc. | **DECLARATION OF HAYDEN M. SCHOTTLAENDER IN SUPPORT OF REDDIT, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |
|  | Date: July 27, 2023
Time: 9:30 a.m.
Judge: Hon. Laurel Beeler |

I, Hayden M. Schottlaender, declare as follows:

1. I am Counsel at the law firm Perkins Coie LLP in Dallas, Texas and am one of the attorneys representing Defendant Reddit, Inc. ("Reddit") in this action. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. Reddit is a community of online communities. Within those communities, called "subreddits," users gather to discuss shared interests. Users generally participate on the platform pseudonymously, and Reddit does not require that they use their real names.

3. On August 13, 2021, Plaintiffs filed suit in the Western District of Texas, pursuing a vicarious copyright infringement action against an internet service provider, Grande Communications Networks ("Grande"). **Exhibit A** is a true and correct copy of the Second Amended Complaint filed May 18, 2022 in the originating Western District of Texas lawsuit.

4. On June 15, 2023, the Western District of Texas issued a Second Amended Joint Scheduling Order. A true and correct copy of that order is attached as **Exhibit B** to this declaration.

5. On April 26, 2023, the Western District of Texas issued an order in the above-referenced copyright action. A true and correct copy of that order is attached as **Exhibit C** to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2023, at Dallas, Texas.

*/s/ Hayden M. Schottlaender*
Hayden M. Schottlaender
*Pro Hac Vice Application Pending*