Jonah A. Grossbardt (SBN 283584)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE SUBPOENA TO: | CASE NO.: 3:23-mc-80173-LB |
|---|---|
| REDDIT, INC. | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

Jonah A. Grossbardt hereby withdraws as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by Matthew A. Rollin of SRIPLAW, P.A., 8730 Wilshire Boulevard, Suite 350, Beverly Hills, California, 90211.

DATED:  August 4, 2023                    Respectfully submitted,


                                          */s/ Jonah A. Grossbardt*
                                          JONAH A. GROSSBARDT
                                          **SRIPLAW, P.A.**
                                          *Counsel for Plaintiffs*

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**SRIPLAW**