Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Hayden M. Schottlaender, TX Bar No. 24098391
*Admitted Pro Hac Vice*
HSchottlaender@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
Telephone: +1.214.965.7700
Facsimile: +1.214.965.7799

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re Subpoena to:* <br> *Reddit, Inc.*, | Case No. 3:23-mc-80173 <br> **NOTICE OF APPEARANCE OF JAMESON ULLMAN** <br> Judge:   Hon. Laurel Beeler |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Jameson Ullman of the law firm Perkins Coie LLP, hereby enters his appearance as counsel of record for Reddit, Inc. in the above-captioned matter.  Contact information for Jameson Ullman is as follows:

Jameson Ullman, Bar No. 345480
JUllman@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:   +1.415.344.7000
Facsimile:   +1.415.344.7050

Mr. Ullman is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Dated:  January 17, 2024                               **PERKINS COIE LLP**

                                                    By: */s/ Jameson Ullman*
                                                          Jameson Ullman, Bar No. 345480